B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Chabrielle-Darnisha Shanté Hester | Rockets Interstate Transportation LLC |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| | |

**PARTY** (Check One Box Only)
☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor   ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
☑ Creditor   ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

breach of contract, unjust enrichment, carrier abandonment consequential (incidental) injuries

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☑ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

complaint attached

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>Chabrielle-Darnisha Shante' Hester | BANKRUPTCY CASE NO.<br>25-31550-mvl7 ||
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Texas | DIVISION OFFICE | NAME OF JUDGE<br>Michelle V Larson |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|  |  |  |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*[signature]* |||
| DATE<br>6/25/25 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Chabrielle-Darnisha Shante' Hester ||

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT

**Northern District of Texas**

In re:

Chabrielle-Darnisha Shante' Hester, Debtor

Case No.: 25-31550-mv17

Chapter 7


Chabrielle-Darnisha Shante' Hester,

Plaintiff

v.

Rockets Interstate LLC,

Defendant

Adversary Proceeding No.:

**COMPLAINT FOR EQUITABLE ACCOUNTING, RESTITUTION, AND RELIEF FOR COMMERCIAL ABANDONMENT AND UNJUST ENRICHMENT**
**I. NATURE OF THE ACTION**
1. Plaintiff files this complaint in equity against Rockets Interstate LLC for breach of trust, commercial abandonment, unjust enrichment, and resulting consequential and incidental injuries.

2. Defendant induced Plaintiff into service under the belief of fair labor exchange and reliable support. Instead, Defendant withheld rightful benefit, abandoned its duty, and exposed Plaintiff to emergency conditions and personal loss.

3. Plaintiff seeks complete accounting, restitution, and redress in good faith, as required under principles of equity and commercial morality.

**II. EQUITY PRINCIPLES AND BREACH**
4. Equity will not suffer a wrong to be without a remedy.

5. Where trust is betrayed and reliance is injured, equity demands that justice restore balance.

6. Equity regards that which ought to be done as already accomplished.

7. Defendant benefited from Plaintiff's labor, but then willfully neglected responsibility, causing Plaintiff personal hardship and financial burden.

8. No person should profit from their own misconduct in matters of trust and contract.

### III. SCRIPTURAL BASIS

9. "Woe to him who builds his house by unrighteousness... who uses his neighbor's service without wages." — Jeremiah 22:13

10. "A false balance is abomination to the Lord: but a just weight is His delight." — Proverbs 11:1

11. "The workman is worthy of his hire." — Luke 10:7

### IV. PROCEDURAL GROUNDS

12. Plaintiff invokes equity rule 12 and presents this complaint as an action properly initiated under rule 3, with filing serving as entry of cause and notice.

13. Where law may remain silent, equity acts as the voice of conscience to resolve imbalance, restore trust, and return what has been unjustly taken.

### V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this honorable Court:

a. Compel full accounting of all sums due and obligations unmet by Defendant;

b. Order restitution for breach of contract, abandonment, and unjust enrichment;

c. Provide equitable compensation for incidental and consequential harms sustained as a result of abandonment;

d. Grant such further and additional relief as truth, conscience, and commercial justice require.

Respectfully submitted,

*[signature]*

Chabrielle-Darnisha Shante' Hester
Pro Se Plaintiff

1810 Commerce St. #910

Dallas, TX 75201

chbrllhester@gmail.com

Date: June 25, 2025

Rockets Interstate Transportation
2520 St. Rose Pkwy, 307
Henderson, NV 89052

Javier Carrillo (owner)
(702) 461-0088

# U-HAUL® Receipt

**Return From LNR**

Contract No: 73191784
Tuesday, 5/6/2025 6:22 PM

U-HAUL MOVING & STORAGE OF LOWER GREENVILLE
741028

1616 GREENVILLE AVE
DALLAS, TX 75206

(214) 823-5830

Customer Name:
CHABRIELLE-DARNI HESTER
400n ervay st unit 132496
DALLAS, TX 75313

Cust Ph - EMail:
(972) 795-0949

Authorized Driver(s): CHABRIELLE-DARNI HESTER

Rental Date/Time: 5/5/2025 6:36 PM

Return Date/Time: 5/6/2025 6:15 PM

Dispatching Location: 764053

Days Allowed: 1

MI Allowed: 1066.0

| Truck Details: | Amount |
|---|---|
| Truck: - BE1377G | |
| Mileage: OUT = 183.0 | IN = 1117.0 | |
| Total Truck Charges | $0.00 |

| Other: | Amount |
|---|---|
| Fuel Service Fee | $30.00 |
| Fuel Charge: 7 GL | $29.75 |
| WRONGDROPOFF | $2,470.00 |
| Environmental Fee | $1.00 |
| Other Total: | $2,530.75 |

| Total Equipment Charges: | Amount |
|---|---|
| Subtotal: | $2,530.75 |
| Rental Tax: | $247.10 |
| Grand Total: | $2,777.85 |
| Previous Paid: | $47.69 |
| Promissory Note Amount: | $2,730.16 |
| Net Paid Today: | $0.00 |



- U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. This provided protection is in excess or secondary to any insurance coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all liability that exceeds the applicable minimum limits of protection for that state or province.
- I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.
- Pickup and Van Best Rate Guarantee: At the end of your rental, we will calculate the best deal for you based on the days and miles used. This will either be our popular $19.95 plus mileage rate OR our extended rental rates. Our extended rental rates can be a combination of daily, weekly and monthly rates with mileage included. The monthly rate is for 28 days. For Corporate contracts, Best Rate Guarantee will only apply if approved on the Corporate account and if the contract period is 21 days or less.
- Equipment in Customer's possession may be equipped with a U-Haul Location Tracking Device and/or OEM devices (such as OnStar®). Location information may be accessed for the reasons set forth in the U-Haul Privacy Policy available at uhaul.com/Legal/PrivacyNotice/.

Anthony B

X
CHABRIELLE-DARNI HESTER

U-Haul Signature - (Anthony B)

How are we doing? Please go to https://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.

MobileContractClose

# U-HAUL® Promissory Note

**Contract No:** 73191784
**Tuesday, 5/6/2025 6:22 PM**

**U-HAUL MOVING & STORAGE OF LOWER GREENVILLE**
1616 GREENVILLE AVE
DALLAS, TX 75206
741028
(214) 823-5830

**Customer Name:**
CHABRIELLE-DARNI HESTER
400n ervay st unit 132496
DALLAS, TX 75313

**Cust Ph - EMail:**
(972) 795-0949

**Driver License:**
45147030, TX 0133

**Date Of Birth:**
1/7/1989

**Authorized Driver(s):** CHABRIELLE-DARNI HESTER

- I, CHABRIELLE-DARNI HESTER acknowledge that I rented from U-HAUL OF LYNHURST on 5/6/2025, and contract number 73191784. The total unpaid charges for this rental are **$2,730.16**.
- I understand that U-Haul requires payment for equipment rentals immediately upon return of equipment, and I agree that U-Haul is entitled to this balance due.
- The amount past due can be paid today at the nearest U-Haul location. In order to avoid a $30.00 late fee, the entire amount past due must be paid within 7 calendar days upon return of the equipment. I understand that U-Haul reserves the right to initiate collections proceedings for any unpaid balance. U-Haul also reserves the right to add any and all fees, including but not limited to: court costs, attorney's fees, late fees, and other costs associated with collection and/or obtaining a judgment to the balance owing.
- If a valid email address/cell phone number was provided, a follow up email or text (standard text messaging rates may apply) will be sent when a customer number is created, which will allow access to make a payment online at http://www.uhaul.com/payments.
- I acknowledge that I have received a copy of this notice.

Anthony B

X _____
CHABRIELLE-DARNI HESTER

U-Haul Signature – (Anthony B)

**To pay by mail or phone:**
U-Haul International
ATTN: Payment Processing
P.O. box 52128
Phoenix, AZ 85072-2128
(800) 826-9633 Option 2

*If paying by mail, please include contract number

MobileContractClose



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/01/24 - 09/30/24

Access No. 19935116

**Statement of Account**
For CACHE ENTERPRISES LLC

# Checking

## Business Checking - 7169755977

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 09-01 | Beginning Balance | | 138.42- |
| 09-06 | Refund - ACH Item Fees | 58.00 | 80.42- |
| 09-06 | Deposit - ACH Paid From Rockets Intersta Direct Dep 01Afd9 | 1,265.10 | 1,184.68 |
| 09-06 | Transfer To Shares Chabrielle S Hester | 1,184.68- | 0.00 |
| 09-30 | Ending Balance | | 0.00 |

*Average Daily Balance - Current Cycle: $23.07*
*Account Closed*

## Business Checking - 7187284687

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 09-06 | Beginning Balance | | 0.00 |
| 09-06 | Refund - ACH Item Fees | 29.00 | 29.00 |
| 09-09 | Transfer To Shares Chabrielle S Hester | 29.00- | 0.00 |
| 09-13 | Deposit - ACH Paid From Rockets Intersta Direct Dep 01Afd9 | 1,278.84 | 1,278.84 |
| 09-13 | Transfer To Shares Chabrielle S Hester | 1,278.84- | 0.00 |
| 09-20 | Deposit - ACH Paid From Rockets Intersta Direct Dep 01Afd9 | 1,659.77 | 1,659.77 |
| 09-20 | Transfer To Shares Andre R Frazier | 1,659.77- | 0.00 |
| 09-27 | Deposit - ACH Paid From Rockets Intersta Direct Dep 01Afd9 | 1,502.70 | 1,502.70 |
| 09-27 | Transfer To Shares Cache Enterprises LLC | 1,502.70- | 0.00 |
| 09-30 | Transfer From Shares Cache Enterprises LLC | 22.34 | 22.34 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/01/24 - 10/31/24

Access No. 19935116

**Statement of Account**
For CACHE ENTERPRISES LLC

# Checking

## Business Checking - 7187284687

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 0.00 |
| 10-04 | Deposit - ACH Paid From Rockets Intersta Direct Dep 01Afd9 | 1,200.00 | 1,200.00 |
| 10-04 | Transfer To Shares Chabrielle S Hester | 1,200.00- | 0.00 |
| 10-28 | Transfer From Shares Cache Enterprises LLC | 76.75 | 76.75 |
| 10-28 | POS Debit- Business Debit Card 4874 10-26-24 Ann's Health Food Dallas TX | 76.65- | 0.10 |
| 10-28 | Transfer To Shares Cache Enterprises LLC | 0.10- | 0.00 |
| 10-30 | Transfer From Shares Cache Enterprises LLC | 30.00 | 30.00 |
| 10-30 | Transfer From Shares Cache Enterprises LLC | 40.00 | 70.00 |
| 10-30 | Transfer To Shares Chabrielle S Hester | 30.00- | 40.00 |
| 10-30 | Transfer To Shares Chabrielle S Hester | 40.00- | 0.00 |
| 10-31 | Ending Balance | | 0.00 |

Average Daily Balance - Current Cycle: $0.00

## Items Paid

| Date | Item | Amount($) |
|---|---|---|
| 10-28 | POS | 76.65 |

CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST) | MI | LAST | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |



Mbr Business Savings - 4549

Show Upcoming Transactions

**Search by transaction description**
Rockets

Only posted transactions will display in search results.

**3 results found**

### May 16, 2025



**Deposit Rockets Intersta Direct Dep**
Deposits
$167.70
$1,150.84

### May 9, 2025



**Deposit Rockets Intersta Direct Dep**
Deposits
$44.90
$1,078.24

### May 2, 2025



**Deposit Rockets Intersta Direct Dep**
Deposits
$1,915.91
$1,952.22

All transactions have been loaded.

If you're unable to locate a transaction by browsing or search, please refer to your Statements.



© 2025 Navy Federal Credit Union. All rights reserved.
Federally insured by NCUA

 Accounts    Move Money    Deposits    Cards   More



> ...doesn't pay deadhead but these are all miles documented from all activity, layover and inconvenience with repairs and equipment install from this week. 09:21

> Forwarded from Josmary Wong
>
> | 826 | Kalief/Chabrielle | Date | Miles |
> |---|---|---|---|
> | Total | | 04/20-04/26 | 4213.9 |
> | From | Jenks, OK | 20-Apr | 1552 |
> | To | Gordonsville, VA | | |
> | From | Inwood, WV | 22-Apr | 206 |
> | To | Pittston, PA | | |
> | From | Philadelphia, PA | 22-Apr | 492 |
> | To | Columbus, OH | | |
> | From | Marysville, OH | 23-Apr | 492 |
> | To | Adairsville, GA | | |
> | From | Conley, GA | 24-Apr | 481 |
> | To | Searcy, AR | | |
> | From | Little Rock, AR | 24-Apr | 436 |
> | To | Houston TX | | |
> | From | Baytown, TX | 26-Apr | 321 |
> | To | Sanger, TX | | |
> | From | Forth Worth, TX | 26-Apr | 233.9 |
> | To | Houston, TX | | |
> | From | | | |
> | To | | | |
> | From | | | |
> | To | | | |
>
> Please review last week miles 12:32

> It would be fair if you can split the rental costs with me 175 plus fuel. I have a 10 drive back home for reasons beyond my control and rental agency has a $500 hold that would be on my card 14:56

No 14:57

You can run the load and get routed home. I'm losing trying to find another driver to put in the truck 14:57

Unblock



**Josmary Wong**
last seen yesterday at 21:41

[Image of scanned trip/dispatch document showing Romeoville NCPC ground trip details, ETA September 13, 2024 22:CDT] 13:44

September 26, 2024

[Screenshot at 05:32]

**Solo miles**

139 Marlboro County SC >>>Ridgeville SC
300 Ridgeville SC>>>Midway TN
212 Midway TN>>>Lebanon TN
131 Lebanon TN>>>Tanner AL

*pay for down stocking pallets from unsecured load at tcvt Tanner AL*

362 Tanner AL>>>Irvington AL
515 Irvington AL>>>Searcy AR
374 Searcy AR >>> Dallas, TX *Penske

**2,033 miles**

05:32

Team miles
4,053
*including 👆 26 mi delay from Jefferson, OH



- Background information provided because this employer does not provide pay stubs/settlements.

- For further evidence of communication w/ employer giving notice to avoid this proceeding, contract agreement (showing initial offer/pay) that I agreed to, asking for travel expenses to get me home and incidental damages I will need a subpoena from the court per Verizon Wireless.

- If any new policies were not communicated with me before returning to work since 9/2024.

- Specifically, no dead head miles paid by their new partner USA, PC miles always adjusted lower than actual miles to pickups and deliveries, and .40 cpm solo

- There's no contractual agreement I signed in 2024 of August to work under this pay agreement and previous communication and check stubs (payroll activity from bank statements) will indeed show pay was always at .60 cpm for loaded and deadhead miles.

- Javier Carrillo also failed to provide me my initial contract when I started with the company of August 2024.

- I was also removed from Telegram communication that witholds more evidence

6/20/25